## MITCHELL et ux. v. HENDERSON.
### No. 11886.

Court of Civil Appeals of Texas. Dallas.
Feb. 15, 1936.

Floyd W. Snow, of Dallas, for appellants.

Rob't J. Cantrell, of Dallas, for appellee.

BOND, Justice.

The submission of this case, in the absence of filed briefs, calls upon this court only to search the record for apparent fundamental errors, rather than dismissing it for want of prosecution; so, after a careful review of the record, we find no such errors calling for the reversal of the case. The judgment of the lower court fully meets the pleadings and evidence; therefore, the action of the lower court should be affirmed.

Affirmed.